■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY CORNISH, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of possessing and having under her control a narcotic drug, namely, heroin, as a misdemeanor (Public Health Law, § 3305; Penal Law, § 1751-a). Judgment unanimously affirmed. No opinion. Present— Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD EHLERMAN, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of unlawful entry. Judgment affirmed. No opinion. Beldock, Murphy, Ughetta and Hallinan, JJ., concur. Wenzel, Acting P. J., dissents and votes to reverse and to dismiss the information.